Leon E. **Sheehan** (1960-2010)
James **Naugler**
G. Jeffrey **George**\*
David F. **Stickler**
Joseph J. **Skemp, Jr.** \*
Kara M. **Burgos** §
Matthew R. **Cromheecke**\*
Nathan P. **Skemp**\*
Sarah E. **Korte**\*

\* also licensed in Minnesota
§ Court Commissioner

201 Main Street, Suite 700
Post Office Box 786
La Crosse, WI 54602-0786
Telephone (608) 784-8310
Facsimile (608) 782-6611
www.msm-law.com

*Financial/HR Manager*
Jessica D. **Hall**

*Paralegals*
Tiffany **Bolduan**
Libby **Hauser**
Brittany **Dahl**



**Attorneys & Counselors Since 1853**
*"Trust us to be there for you."*

September 10, 2018

The Honorable Stephen Crocker
U.S. Magistrate Judge - Western District of Wisconsin
120 North Henry Street, #320
Madison, WI 53703

**Re:    Case Settlement**
**Barbara Barghahn v. Stein Counseling and Counseling Services, Ltd., et al.**
**Case No. 17-CV-703-JDP**

Dear Judge Crocker:

Kindly be advised that the parties have reached a resolution of this case in principle. They will file the requisite documents with the Court as soon as possible.

Thank you.

Very truly yours,

**MOEN SHEEHAN MEYER, LTD.**

/s/ Nathan P. Skemp

Nathan P. Skemp
*Email: nskemp@msm-law.com*
NPS/kn
cc:    Attorney Cheryl Gill (via e-file)