UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARBARA BARGHAHN,

        Plaintiff,

vs.

        Case No. 17-CV-703-JDP

STEIN COUNSELING AND COUNSELING SERVICES, LTD.,
and THEODORE J. STEIN,

        Defendants.

---

STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHOUT BILL OF COSTS

---

THIS MATTER having been amicably adjusted, it is hereby stipulated and agreed by and between the attorneys for all parties that the Complaint in the above-titled matter be hereby dismissed with prejudice and without costs. Further, it is hereby stipulated and agreed by and between all the attorneys for all parties that any and all existing cross-claims and counterclaims are hereby dismissed with prejudice and without costs.

Dated: 10/10/18

Nathan P. Skemp (SBN 1099445)
Moen Sheehan Meyer, Ltd.
201 Main Street, Suite 700
P.O. Box 786
La Crosse, WI 54602-0786
Phone: (608) 784-8310
Fax: (608) 782-6611
nskemp@msm-law.com
Attorneys for Plaintiff

Dated: 9/27/18

Cheryl M. Gill (SBN 1029503)
Johns, Flaherty & Collins, S.C.
205 5th Ave. S., Suite 600
P.O. Box 1626
La Crosse, WI 54602-1626
Phone: (608) 784-5678
Fax: (608) 784-0557
cheryl@johnsflaherty.com
Attorneys for Defendants